**SO ORDERED.**

**SIGNED this 11th day of March, 2026.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

IN RE:
Gary Wayne Kirk                                  Case Number 21-40612-13-DLS
Rebecca Joe Kirk

ORDER GRANTING APPLICATION FOR COMPENSATION

This matter comes on for consideration upon the Motion of the Debtor for an Order Granting the Application for Compensation. Notice with Opportunity for Hearing on the Motion was properly given, no timely objections were filed, and no hearing was held on the matter.

THE COURT FINDS:

1. Counsel filed an Objection to the Trustee's Motion to Dismiss on December 15, 2025.
2. In the course of filing and prosecuting this and prior pleadings, Counsel has incurred legal and service fees and expenses of $120. Counsel requests the Court add these fees to his administrative claim.

IT IS THEREFORE ORDERED:

A. The Court awards expenses, in the amount of $120.00 to Counsel's administrative fees, to be paid through the Plan.

###

SUBMITTED BY:

s/ J. Shannon Garrett
J. Shannon Garrett #18875
Garrett Law LLC
1100 Wanamaker, Suite 103
Topeka, KS 66604
785-276-9300
866-306-5840 FAX
sgarrett@garrettlawLLC.com
Counsel for Debtor


APPROVED BY:

s/ Carl B. Davis
Carl B Davis, S. Ct. #13705
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita, KS 67202-2921
cbdsig@kstrustee.com
(316) 267-1791