**SO ORDERED.**

**SIGNED this 11th day of March, 2026.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

IN RE:
Gary Wayne Kirk                                   Case Number 21-40612-13-DLS
Rebecca Joe Kirk

ORDER GRANTING APPLICATION FOR COMPENSATION

This matter comes on for consideration upon the Motion of the Debtor for an Order Granting the Application for Compensation. Notice with Opportunity for Hearing on the Motion was properly given, no timely objections were filed, and no hearing was held on the matter.

THE COURT FINDS:

1. Counsel filed an Objection to the Trustee's Motion to Dismiss on December 15, 2025.
2. In the course of filing and prosecuting this and prior pleadings, Counsel has incurred legal and service fees and expenses of $120. Counsel requests the Court add these fees to his administrative claim.

IT IS THEREFORE ORDERED:

A. The Court awards expenses, in the amount of $120.00 to Counsel's administrative fees, to be paid through the Plan.

###

SUBMITTED BY:

s/ J. Shannon Garrett
J. Shannon Garrett #18875
Garrett Law LLC
1100 Wanamaker, Suite 103
Topeka, KS 66604
785-276-9300
866-306-5840 FAX
sgarrett@garrettlawLLC.com
Counsel for Debtor


APPROVED BY:

s/ Carl B. Davis
Carl B Davis, S. Ct. #13705
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita, KS 67202-2921
cbdsig@kstrustee.com
(316) 267-1791

In re:

Gary Wayne Kirk

Rebecca Joe Kirk

    Debtors

Case No. 21-40612-DLS

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1083-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 13, 2026 | Form ID: pdf020 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

**Recip ID**     **Recipient Name and Address**
db/jdb     +  Gary Wayne Kirk, Rebecca Joe Kirk, 2731 SE Colorado Ave., Topeka, KS 66605-1670

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carl B. Davis | ecf@kstrustee.com |
| Carl B. Davis | on behalf of Trustee Carl B. Davis ecf@kstrustee.com |
| J. Shannon Garrett | on behalf of Joint Debtor Rebecca Joe Kirk sgarrett@garrettlawllc.com emckinley@garrettlawllc.com;garrettsr74512@notify.bestcase.com;igotnoticesgllc@gmail.com;GarrettLawLLC@jubileebk.net |
| J. Shannon Garrett | on behalf of Debtor Gary Wayne Kirk sgarrett@garrettlawllc.com emckinley@garrettlawllc.com;garrettsr74512@notify.bestcase.com;igotnoticesgllc@gmail.com;GarrettLawLLC@jubileebk.net |
| Keith J Shuttleworth | on behalf of Creditor Builders Financial Service LLC keith@shuttlelaw.com  robin@shuttlelaw.com |

District/off: 1083-5

Date Rcvd: Mar 13, 2026

User: admin

Form ID: pdf020

Page 2 of 2

Total Noticed: 1

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 6